# Third District Court of Appeal

## State of Florida

Opinion filed February 21, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D23-435 & 3D23-1378
Lower Tribunal No. 21-23418
_____

**Universal Property & Casualty Insurance Company**,
Appellant,

vs.

**Jimaca Investments, LLC**,
Appellee.

Appeals from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Russo Appellate Firm, P.A., and Paulo R. Lima and Elizabeth K. Russo, for appellant.

Cassel & Cassel, P.A., and Michael A. Cassel (Hollywood), for appellee.

Before LINDSEY, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.